### J. F. KETCHERSIDE v. J. P. COX ET AL.

(No. 1258, R. Book No. 4, p. 194.)

APPEAL from Hill County. Opinion by WHITE, P. J.

§ 228. *Jurisdiction of county court.* Suit was brought in justice's court for $150 damages. Judgment rendered for defendants that they recover costs. On appeal to the county court a motion to dismiss the appeal for want of jurisdiction was sustained, on the ground that the amount of the judgment appealed from was less than $20. *Held,* error.

*The amount in controversy* in the original suit, *and not the amount of the judgment rendered,* determines on appeal the jurisdiction of the appellate tribunal. [Rev. Stats. art. 1165; Jones v. Jones, Austin Term, *ante,* p. 79.]

November 21, 1882.          Reversed and remanded.